Anthony J. Orshansky, Cal. Bar No. 199364
anthony@counselonegroup.com
Justin Kachadoorian, Cal. Bar No. 260356
justin@counselonegroup.com
A. Kachadoorian, Cal. Bar. No. 240601
alexandria@counselonegroup.com
COUNSELONE, PC
9465 Wilshire Blvd., Suite 300
Beverly Hills, California 90212
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff JARRELL ELLSWORTH,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRELL ELLSWORTH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-CV-02122-SRM-DTB<br><br>[Assigned to the Honorable Serena R. Murillo]<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)** |

- 1 -
Stipulation to File First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)
5:26-CV-02122-SRM-DTB

Pursuant to Federal Rule of Civil Procedure 15(a)(2) Plaintiff Jarrell Ellsworth ("Plaintiff") and Defendant Lazer Spot, Inc. ("Defendant"), without waiving Defendant's right to compel this matter to binding individual arbitration, stipulate to the filing by Plaintiff of the First Amended Complaint attached hereto as Exhibit A.

DATED:  June 18, 2026                              COUNSELONE, PC

By  /s/ Justin Kachadoorian
Justin Kachadoorian

*Attorney for Plaintiff Jarrell Ellsworth*

DATED: June 18, 2026                              SEYFARTH SHAW LLP

By  /s/ Michael Afar
Michael Afar

*Attorneys for Defendant Lazer Spot, Inc.*

Stipulation to File First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)
5:26-CV-02122-SRM-DTB

## ATTESTATION OF E-FILED SIGNATURE

Pursuant to L.R. 5-4.3.4, I, Justin Kachadoorian, attest that the above signatories have read and approved the foregoing and consent to its filing in this action.


By: /s/ Justin Kachadoorian
Justin Kachadoorian

Stipulation to File First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)
5:26-CV-02122-SRM-DTB