ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
ALEXANDRIA R. KACHADOORIAN, Cal. Bar No. 240601
alexandria@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9465 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff JARRELL ELLSWORTH,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRELL ELLSWORTH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-CV-02122-SRM-DTB<br><br>[Assigned to the Honorable Serena R. Murillo]<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Plaintiff Jarrell Ellsworth, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- CounselOne, P.C., counsel for Plaintiffs

DATED: June 22, 2026                 Respectfully submitted,


                              By: */s/ Justin Kachadoorian*
                                   Justin Kachadoorian

                                   *Attorneys for Plaintiff Jarrell Ellsworth*

-1-

NOTICE OF INTERESTED PARTIES