SEYFARTH SHAW LLP
Michael Afar (SBN 298990)
mafar@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
John W. Drury, *Admitted Pro Hac Vice*
jdrury@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendant
LAZER SPOT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JARRELL ELLSWORTH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., and DOES 1-50, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 5:26-cv-02122-SRM-DTB<br><br>Hon. Serena Raquel Murillo<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Served:      June 22, 2026<br>Current Response Date:  July 6, 2026<br>New Response Date:      July 20, 2026 |

1

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

Plaintiff, Jarrell Ellsworth ("Plaintiff"), and Defendant, Lazer Spot, Inc. ("Lazer" or "Defendant") (hereinafter collectively referred to as the "Parties"), by and through their counsel of record, and without waiving Defendant's right to compel this matter to binding arbitration, hereby stipulate as follows:

1.      Lazer filed its Notice of Removal from San Bernardino Superior Court on April 24, 2026.  ECF No. 1.

2.      On June 22, 2026, Plaintiff filed his First Amended Complaint (the "FAC"). ECF No. 9.

3.      Pursuant to Fed. R. Civ. P. 15(a)(3), Lazer's deadline to answer or otherwise respond to the FAC is July 6, 2026.

4.      Lazer and its counsel require additional time to fully investigate and respond to Plaintiff's allegations and claims.

5.      Moreover, the Parties are in discussions about potentially staying this matter pending binding arbitration.

6.      The Parties have agreed to extend Lazer's deadline to answer or otherwise respond to the FAC by fourteen (14) days through, and including, July 20, 2026.

7.      This stipulation is made in good faith, not for the purpose of delay, and granting it will not affect any other deadlines or the just, speedy, and inexpensive determination of this action.  *See* Fed. R. Civ. P. 1.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, that Lazer's deadline to answer or otherwise respond to Plaintiff's FAC is extended through, and including, to July 20, 2026.

**IT IS SO STIPULATED.**

2

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

Respectfully submitted on June 30, 2026.


COUNSELONE, P.C.                              SEYFARTH SHAW LLP


By: */s/ Justin Kachadoorian*              By: */s/ John W. Drury*
    Justin Kachadoorian                         John W. Drury
    Attorneys for Plaintiff                     Attorneys for Defendant


## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

*/s/ John W. Drury*
John W. Drury

3

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/ John W. Drury*

John W. Drury

4

CERTIFICATE OF SERVICE