UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JARRELL ELLSWORTH, on behalf of himself and all others similarly situated, | **CLASS ACTION** |
|---|---|
| Plaintiff, | Case No. 5:26-cv-02122-SRM-DTB |
| | Hon. Serena Raquel Murillo |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| LAZER SPOT, INC., and DOES 1-50, inclusive, | |
| Defendants. | Complaint Served:      June 22, 2026<br>Current Response Due:  July 6, 2026<br>New Response Date:      July 20, 2026 |

1

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

On June 30, 2026, Plaintiff, Jarrell Ellsworth ("Plaintiff"), and Defendant, Lazer Spot, Inc. ("Defendant") (hereinafter collectively referred to as the "Parties"), by and through their counsel of record, filed a Joint Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint.

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1.      Lazer Spot, Inc. shall have through, and including, July 20, 2026 to answer or otherwise respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 30, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT